UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAURNETTE PERSON,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>CLARK COUNTY GOVERNMENT CENTER,<br><br>　　　　　　　　　Defendant(s). | Case No.2:25-CV-814  JCM (EJY)O<br><br>ORDER |

　　　This case stems from allegations of harassment, discrimination, and retaliation under Title VII and, potentially, the Americans with Disabilities Act. (ECF No. 3). The Equal Employment Opportunity Commission ("EEOC") dated January 3, 2025. (ECF No. 4). Plaintiff was required to file her complaint within 90 days of the date she received the Right to Sue letter, yet she did not bring suit until May 9, 2025. (ECF No. 1). Therefore, the letter is untimely, and plaintiff cannot proceed in federal court based on clams raised in the charge of discrimination filled with the EEOC.

　　　No objections were filed to the R&R. Thus, the court is not obligated to conduct a de novo review of the R&R. 28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise.").

. . .

. . .

. . .

1       Accordingly,

2       IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Youchah's R&R
3 (ECF No. 5) be, and the same hereby is, ADOPTED, in full.

4       IT IS FURTHER ORDERED this case be DISMISSED with prejudice. The clerk is
5 instructed to close this case.

6       DATED October 7, 2025.

                                              /s/ James C. Mahan
                                              UNITED STATES DISTRICT JUDGE